OAKEY
*v.*
CORRY.

### SAME CASE ON A RE-HEARING.

VOORHIES, J. It is ordered that the judgment heretofore rendered in this cause be amended, and that there be judgment as in case of non-suit, against the warrantor, *James M. Morrow,* upon his demand against his warrantors, *Styles* and *Wife,* for the value of the lands from which the defendant has been evicted by the judgment of the Court, and that said *Morrow* pay the costs of this appeal.

It is further ordered, that in other respects, the said judgment remain undisturbed.